IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-82 |
| | ) | |
| DUVILLE T. GOULD, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, respectfully states:

1.    On August 1, 2006, Duville T. Gould was indicted on three counts of possession with intent to distribute cocaine base, a/k/a "crack" in violation of 21 U.S.C. § 841(a)(1), one count of possession of a firearm in furtherance of a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), and one count of possession of a firearm by a felon in violation of 18 U.S.C. § 922(g)(1).

2.    Duville T. Gould is currently detained on State offenses at the Howard R. Young Correctional Institute (Gander Hill) in Wilmington, Delaware.



F I L E D

AUG 1 7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3.    The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, August 24, 2006, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institute (Gander Hill), to bring the said defendant Duville T. Gould before this Court on August 24, 2006, at 1:00 p.m. for an Initial Appearance and to be returned to the Warden for Howard R. Young Correctional Institute (Gander Hill) only after a final disposition of the charges against the defendant has occurred in the District of Delaware.

COLM F. CONNOLLY
United States Attorney

BY: Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: 8/16/06

**IT IS SO ORDERED** this ___17___ day of ___August___, 2006.

HONORABLE MARY PAT THYNGE
United States Magistrate Court

2