IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>         Plaintiff, §<br> §<br>         v. §<br> §<br> DUVILLE T. GOULD §<br>         Defendant. § | CRIMINAL ACTION NO. 06-82 SLR |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE
and WARDEN OF HOWARD R. YOUNG CORRECTIONAL FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal

for the District of Delaware, the body of the said **DUVILLE T. GOULD**, who is now detained and

imprisoned in **HOWARD R. YOUNG CORRECTIONAL FACILITY** and who is a defendant

in the above-entitled cause, in which cause the said **DUVILLE T. GOULD** was charged with

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE in violation of Title 21 U.S.C.,

Section 841(a)(1), POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG

TRAFFICKING OFFENSE, in violation of Title 18 U.S.C., Section 924(c)(1)(A)(I), and

POSSESSION OF A FIREARM BY A FELON in violation of Title 18 U.S.C., Section 922(g)(1)

for an **INITIAL APPEARANCE on AUGUST 24, 2006 at 1:00 p.m.**, and to remain in the custody

of the U.S. Marshal until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable MARY PAT THYNGE, U.S. Magistrate Judge of the District Court of

the United States for the District of Delaware, this **18th day of AUGUST 2006.**

FILED

AUG 1 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: _Evette Walcen_
         Deputy Clerk