IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )   Crim. Act. No. 06-82 |
| DUVILLE T. GOULD, | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   __X__   Crime of violence (18 U.S.C. § 3156)

   __X__   Maximum sentence life imprisonment or death

   __X__   10+ year drug offense

   _____   Felony, with two prior convictions in above categories

   __X__   Serious risk defendant will flee

   _____   Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   __X__   Defendant's appearance as required

   __X__   Safety of any other person and the community

3.  **Rebuttable Presumption**.  The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e).  (If yes) The presumption applies because (**check one or both**):

      x     Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____   Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

    _____   At first appearance

      X     After continuance of    3    days (not more than 3).

    DATED this    24th    day of August, 2006.


                                COLM F. CONNOLLY
                                United States Attorney


                            BY: /s/
                                Richard G. Andrews
                                First Assistant U. S. Attorney