*[handwritten: FILED IN OPEN COURT 8/24/06 KJK]*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. **CR 06-82-SLR** |
| **DUVILLE T. GOULD** | ) |
| Defendant. | ) |

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **24**$^{TH}$ day of **AUGUST**, 2006, ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
AUG 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE