UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-82-SLR |
| | : | |
| DUVILLE T. GOULD, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Duville T. Gould, in the above-captioned matter.


/s/ Penny Marshall
PENNY MARSHALL, ESQUIRE



/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801


DATED:  August 28, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Duville T. Gould hereby certifies that a copy of

Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and

downloading and was electronically delivered on August 28, 2006, to:


Richard G. Andrews, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE   19801



 /s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801


DATED:  August 28, 2006