UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
                            )   CASE NO. CR 06-82 (SLR)
    vs.                     )
                            )
Duville T. Gould            )
                            )
         Defendant.         )

**ORDER**

The defendant, upon entering a plea of not guilty to the Indictment on 8/30/06 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until October 20, 2006. The time between the date of this order and October 20, 2006 shall be excludable under the Speedy Trial Act (18 U.S.C. 3161, et seq.).

                                   _____
                                   Honorable Mary Pat Thynge
                                   U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney