IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )| |
| Plaintiff,       ) | |
| )| |
| v.       ) | Crim. No. 06-082-SLR |
| )| |
| DUVILLE GOULD,       ) | |
| )| |
| Defendant.       ) | |

O R D E R

At Wilmington this 23d day of October, 2006, having considered defendant's unopposed motion to extend time to file pretrial motions,

IT IS ORDERED that said motion (D.I. 13) is **granted**. Defendant's pretrial motions shall be filed by **November 20, 2006**.

IT IS FURTHER ORDERED that the time between this order and **November 20, 2006** shall be excluded under the Speedy Trial Act in the interests of justice.  18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge