IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-082-SLR |
| | ) |
| DUVILLE GOULD, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 27th day of November, 2006,

IT IS ORDERED that a telephone conference is scheduled for **Friday, December 8, 2006** at **9:00 a.m.**, with the court initiating said call.

_____
United States District Judge