IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-82-SLR |
| | ) | |
| DUVILLE T. GOULD, | ) | |
| | ) | |
| Defendant. | ) | |

## SECTION 851 INFORMATION

NOW COMES the United States, pursuant to 21 U.S.C. § 851, and states that the Defendant,

Duville Gould has a previous conviction for a felony drug offense, to wit, "CDS-Distribute," and that

the conviction occurred in the Circuit Court for Cecil County, Maryland, in a case captioned, *State*

*of Maryland vs. Duvill Tyrone Gould,* Criminal No. 990011C (and 07-K-99-000011 IN DC), and that

sentence was imposed on May 18, 2001.

COLM F. CONNOLLY
United States Attorney

By:_____
Richard G. Andrews
First Assistant United States Attorney

Dated:  11-27-06

**CERTIFICATE OF SERVICE**

UNITED STATES OF AMERICA   )
             )
   v.         ) Criminal Action No. 06-82-SLR
             )
DUVILLE T. GOULD     )

  I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on November 27, 2006, I electronically filed the **SECTION 851 INFORMATION** with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

  Eleni Kousoulis, Esquire
  Assistant Federal Public Defender
  704 King Street, Suite 110
  Wilmington, Delaware 19801