IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-082-SLR ) |
| DUVILLE GOULD, | ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 8th day of December, 2006,

IT IS ORDERED that a telephone conference is scheduled for **Thursday, January 11, 2007** at **10:00 a.m.**, with the court initiating said call.

_____
United States District Judge