IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>     v.<br><br>DUVILLE T. GOULD,<br>        Defendant. | )<br>)<br>)<br>)   Criminal Action No. 06-82-SLR<br>)<br>)<br>) |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count I

On or about July 14, 2006, in Wellington Woods, in or near Newark, in the State and District of Delaware, Duville T. Gould, defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, possession with intent to distribute more than five grams of cocaine base, a/k/a crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), did knowingly possess a firearm, to wit, three handguns described as a Glock model 19, 9 mm semi-automatic pistol, serial no. DY684US, a Glock model 30, .45 caliber semi-automatic pistol, serial no. GFC195, and a Taurus model PT 58 S, .380 caliber semi-automatic pistol, serial no. KHH09101, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

                                                    COLM F. CONNOLLY
                                                    United States Attorney

                                                      By: _____
                                                          Richard G. Andrews
                                                          First Assistant United States Attorney

Dated: 1/9/07



FILED
JAN 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE