IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-82-SLR |
| ) | |
| DUVILLE T. GOULD, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Richard G. Andrews as attorney of record for the United States, and enter the appearance of Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney

          BY: /s/ Robert F. Kravetz
               Robert F. Kravetz
               Assistant United States Attorney
               Nemours Building, Suite 700
               1007 Orange Street
               P.O. Box 2046
               Wilmington, DE 19899-2046
               302-573-6277, x133

Dated: January 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-82-SLR |
| ) | |
| DUVILLE T. GOULD, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, hereby certify that on the 16th day of January, 2007, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Eleni Kousoulis, Esq.
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King St.
Wilmington, DE 19801


/s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney