Filed In Open Court 4/16/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-82-SLR |
| | ) |
| DUVILLE T. GOULD, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts I, III, IV, and V of the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea Agreement dated January 11, 2007.

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: April 16, 2007

IT IS SO ORDERED this 16th day of April, 2007.

HONORABLE SUE L. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE