THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DUVILLE T. GOULD<br>Defendant. | §<br>§<br>§   CRIMINAL ACTION NO. 06-82 SLR<br>§<br>§<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE
and WARDEN OF HOWARD R. YOUNG CORRECTIONAL FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **DUVILLE T. GOULD**, who is now detained and imprisoned in **HOWARD R. YOUNG CORRECTIONAL FACILITY** and who is a defendant in the above-entitled cause, in which cause the said **DUVILLE T. GOULD** was charged with POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE in violation of Title 21 U.S.C., Section 841(a)(1), POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE, in violation of Title 18 U.S.C., Section 924(c)(1)(A)(I), and POSSESSION OF A FIREARM BY A FELON in violation of Title 18 U.S.C., Section 922(g)(1) for an **INITIAL APPEARANCE on AUGUST 24, 2006 at 1:00 p.m.**, and to remain in the custody of the U.S. Marshal until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable MARY PAT THYNGE, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this **18th day of AUGUST 2006.**

CERTIFIED:   8/18/06
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk

PETER T. DALLEO, CLERK

By: _Evette Walen_
Deputy Clerk

