AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____   DELAWARE

UNITED STATES OF AMERICA

V.

Duville T. Gould

## WARRANT FOR ARREST

Case Number:   CR 06-82 (JJNA)
   SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____   Duville T. Gould
   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF CRACK COCAINE

in violation of Title _____21_____ United States Code, Section(s) _____ $841(a)(1)$ and $(b)(1)(B)$

PETER T. DALLEO
Name of Issuing Officer

Euelle Waton, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

August 1, 2006 in WILMINGTON, DE
Date and Location

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 8-1-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 8-24-06 | William David Ibsm | William David |